Ryan L. McBride, Esq. (SBN 032001)
Kazerouni Law Group, APC
2633 E. Indian School Road, Ste 460
Phoenix, AZ  85016
Phone: 800-400-6808
Fax: 800-520-5523
ryan@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated, | Case No. 2:19-cv-05406-NVW |
| Plaintiff, | **Stipulation of Dismissal** |
| vs. | |
| Cardinal Financial Company, Limited Partnership, | |
| Defendant. | |

STIPULATION OF DISMISSAL

1

Plaintiff Richard Winters, Jr. ("Plaintiff") and Defendant Cardinal Financial Company, Limited Partnership ("Defendant") hereby stipulate to dismiss Plaintiff's claims against Defendant with prejudice, and the putative class's claims against Defendant without prejudice, with each party to bear their own attorney's fees and costs.

Respectfully Submitted this 26th Day of June, 2020.

Kazerouni Law Group, APC

By: /s/ Ryan L. McBride
Ryan L. McBride, Esq.

*Counsel for Plaintiff and the Proposed Class*

Yu Mohandesi, LLP

By: /s/ Brett B. Goodman
Brett B. Goodman, Esq.

*Counsel for Cardinal Financial Company, Limited Partnership*

STIPULATION OF DISMISSAL