IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters Jr., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cardinal Financial Company, Limited Partnership,<br><br>　　　　Defendant. | No. CV-19-05406-PHX-NVW<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation of Dismissal (Doc. 25) and for good cause shown,

　　　　IT IS ORDERED granting the parties' Stipulation (Doc. 25) and dismissing Plaintiff Richard Winters, Jr.'s ("Plaintiff") claims against Defendant Cardinal Financial Company, Limited Partnership ("Defendant") with prejudice, and the putative class's claims against Defendant are dismissed without prejudice, with each party to bear their own attorney's fees and costs.

　　　　Dated this 26th day of June, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　	　　　　　　　　　　　　　Senior United States District Judge